UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22819-CIV-SEITZ/DUBE

IVIS CARO o/b/o
STEPHANIE CARO,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Report and Recommendation of the Honorable Robert L. Dubé, United States Magistrate Judge [DE-19].  Magistrate Judge Dubé recommends granting Defendant's Motion for Summary Judgment [DE-17] and denying Plaintiff's Motion for Summary Judgment [DE-15].  Magistrate Judge Dubé concludes that the administrative law judge's (ALJ's) decision to deny Plaintiff's application for supplemental security income benefits applied the correct legal standard and was supported by substantial evidence.[1]  Plaintiff timely-filed an objection to the Report and Recommendation. [DE-20].  Thus, after a *de novo* review of the pertinent record, and for the reasons stated below, the Report and Recommendation shall be affirmed and adopted.

While Plaintiff's only objection is that the Magistrate Judge failed to scrutinize the record in its entirety, she fails to identify any specific areas of failure in his Report and Recommendation.  After a close review of the record, the Court finds that Magistrate Judge Dubé considered the correct legal standard as to child disability, and furthermore, properly applied all of the evidence in the record, inclusive of the evidence presented to the ALJ at the September 8, 2005 hearing, in rendering his decision.

---

      [1]     Substantial evidence means "more than a scintilla and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion." *Lewis v. Callahan*, 125 F.3d 1436, 1439-40 (11th Cir. 1997).

Hence, the instant record demonstrates that there was substantial evidence to support the ALJ's conclusion that Plaintiff's condition, though severe, did not rise to the level of a listed impairment, or its medical or functional equivalent.[2] Thus, while it is Plaintiff's burden to show the existence of a disability that meets the coverage requirements, she has failed to do so. Accordingly, as Plaintiff fails to raise additional arguments not already addressed and properly rejected by Magistrate Judge Dubé, it is hereby

ORDERED that

(1)   The Report and Recommendation of the Honorable Robert L. Dubé, United States Magistrate Judge [DE-19] is AFFIRMED and ADOPTED;

(2)   Defendant's Motion for Summary Judgment is GRANTED [DE-17] and Plaintiff's Motion for Summary Judgment [DE-15] is DENIED, with a Final Judgment in favor of Defendant to be issued contemporaneously herewith; and

(3)   Any pending motions not otherwise resolved are DENIED AS MOOT; and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 20th day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Dubé
Counsel of Record

---

[2] The ALJ found that Plaintiff's impairment did not meet or equal the severity in the listing of impairments, and that Plaintiff suffered marked limitation in only one domain, specifically health and physical well-being.