UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22819-CIV-SEITZ/DUBE

IVIS CARO o/b/o
STEPHANIE CARO,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

### FINAL JUDGMENT IN FAVOR OF DEFENDANT COMMISSIONER OF SOCIAL SECURITY

For the reasons set forth in the Court's concurrently issued Order Affirming and Adopting Magistrate's Report and Recommendation, it is hereby

ORDERED that Final Judgment is ENTERED in favor of Defendant Commissioner of Social Security against Plaintiff. Plaintiff Ivis Caro, o/b/o Stephanie Caro, is not entitled to supplemental security income benefits and shall take nothing by this action.

DONE AND ORDERED in Miami, Florida, this 21st day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Dubé
Counsel of Record